No. 521. PUBLIC SERVICE CORPORATION OF NEW JERSEY v. SECURITIES AND EXCHANGE COMMISSION. December 14, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Messrs. Homer Cummings, William Stanley,* and *Wendell J. Wright* for petitioner. *Solicitor General Fahy* and *Messrs. John F. Davis* and *Homer Kripke* for respondent.

No. 516. EASTMAN v. GUARANTY TRUST CO. ET AL. December 14, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE ROBERTS and MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Mr. Meyer Abrams* for petitioner. *Mr. Ralph M. Carson* for respondents.

No. 507. HOLIDAY v. UNITED STATES. December 14, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit is denied. *Forrest Holiday, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* and *Miss Melva M. Graney* for the United States.

No. 167. McBEE v. UNITED STATES. December 14, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit is denied. *Stephen McBee, pro se. Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Lester P. Schoene, Wilbur C. Pickett,* and *Keith L. Seegmiller* for the United States.